■ In the Matter of DANIEL DRIESBAUGH, Respondent, v JOSEPH GAGNON et al., Constituting the Town of Fenton Zoning Board of Appeals, Appellants.—Appeal from a judgment of the Supreme Court (Fischer, J.), entered November 6, 1986 in Broome County, which granted petitioner's application, in a proceeding pursuant to CPLR article 78, to annul certain conditions imposed by the Town of Fenton Zoning Board of Appeals on a use variance granted to petitioner.

Judgment affirmed, with costs, upon the opinion of Justice Robert E. Fischer. Main, J. P., Casey, Mikoll, Yesawich, Jr., and Levine, JJ., concur.